# Order

Michigan Supreme Court
Lansing, Michigan

July 8, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161203-9(103)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

JOEL ERIC JACOB,
        Plaintiff-Appellee,

v

SC: 161203-9
COA: 344580; 344598; 344654;
    344809; 344894; 347014;
    350162
Oakland CC: 2012-793255-DM

LAUREN BETH JACOB,
        Defendant-Appellant,
and

MINOR CHILD,
        Appellee.
_____/

      On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing his answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before July 20, 2020.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 8, 2020



Clerk